Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17−26619−JKS
           Chapter: 13
           Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Regina L. Nix
   329 Myrtle Avenue
   Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3116

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/15/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 16, 2018
JAN: rah

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 17-26619-JKS
Regina L. Nix                                                              Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1           Date Rcvd: Jan 16, 2018
                      Form ID: 148             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
```
db             +Regina L. Nix,    329 Myrtle Avenue,    Scotch Plains, NJ 07076-1116
517015610      +PNC Bank, N.A.,    c/o KML Law Group, P.C.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
517015611      +Union County Sheriff's Office,    10 Elizabethtown Plaza,    Elizabeth, NJ 07202-3451
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ    07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Jan 16 2018 23:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
517168004      +E-mail/Text: bankruptcy@cavps.com Jan 17 2018 00:01:39      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517224249       EDI: RESURGENT.COM Jan 16 2018 23:33:00      LVNV Funding,    c/o Resurgent Capital Services,
                 PO BOX 10675,    Greenville, SC 29603-0675
517129816       EDI: PRA.COM Jan 16 2018 23:33:00      Portfolio Recovery Associates, LLC,
                 C/Odell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
517015775      +EDI: RMSC.COM Jan 16 2018 23:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517122237      +EDI: AIS.COM Jan 16 2018 23:33:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
```
              Brian C. Nicholas    on behalf of Creditor    PNC MORTGAGE, A DIVISION OF PNC BANK, N.A.
               bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
              Evelyn D. Latse    on behalf of Debtor Regina L. Nix edlatse@yahoo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    PNC Bank, National Association
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```